## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

GUSTAVO R. ZERTUCHE,       )
                                     )
       Plaintiff,             )
                                     )
v.                                   )     No. 3:12-cv-164-JPG-SCW
                                   )
THE AMERICAN COAL CO., ROBERT )
E. MURRAY and CHRIS FERRELL,  )
                                   )
       Defendants.        )

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs

                              **NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated:  December 14, 2012**     **s/ Jina Hoyt, Deputy Clerk**

**Approved:**     s/J. Phil Gilbert_____
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**